# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. KYOUNG SOO SEO

CASE NO: 3:25-CR-00050-02-SLG-KFR

-------------------------------------------------------------------------------

Defendant KYOUNG SOO SEO

has this date met the bail conditions indicated below and is ordered discharged from custody.

☐ Released to _____, the third-party custodian(s).

☐ Paid cash bail in the amount of $ _____

☐ Posted unsecured bond in the amount of $ _____

☐ Posted bond secured by ☐ property or ☐ Surety in the amount of $ _____
with the Clerk of Court

☐ Surrendered passport to the U.S. Probation and Pretrial Services Office

☐ Other   Defendant to be released Wednesday, August 27, 2025, no later than 8:00 p.m.

DATED at **Anchorage**, Alaska, this **27th** day of **August 2025**.

/s/ *Kyle Reardon*
Kyle F. Reardon
United States Magistrate Judge

Original & 1 cy to U.S. Marshal